**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Jennifer Housman, | Case No. 2:24-cv-00752-GMN-BNW |
| Plaintiff, | |
| v. | **Order and Report and Recommendation** |
| Matt Senchesak, | |
| Defendant. | |

Plaintiff is proceeding pro se under 28 U.S.C. § 1915 and has sought to proceed *in forma pauperis*. ECF No. 1. Plaintiff has shown an inability to prepay fees and costs or to give security for them. Accordingly, the request to proceed *in forma pauperis* will be granted pursuant to 28 U.S.C. § 1915(a).

Plaintiff also submitted a complaint. ECF No. 1-1. Typically, the next step is for courts to screen the complaint under § 1915(e). But Plaintiff filed a motion on April 24, 2024, requesting that the case be dismissed. ECF No. 2.

**IT IS THEREFORE ORDERED** that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is **granted.**

**IT IS FURTHER RECOMMENDED** that Plaintiff's motion (at ECF No. 2) **be granted, that the case be dismissed without prejudice, and that the case be closed.**

/ / /

/ / /

/ / /

/ / /

/ / /

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to file Plaintiff's complaint (ECF No. 1-1).

**NOTICE**

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: July 31, 2024

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE